### 13925. ROBERSON v. THE STATE.

LUKE, J. The special grounds of the motion for a new trial are merely amplifications of the general grounds, and the verdict was authorized by the evidence and has been approved by the trial court.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 16, 1922.

Indictment for disturbing worship; from Randolph superior court — Judge Worrill. August 12, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.